# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3610

_____

| | |
|---|---|
| Karen Taylor, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Pete Geren, Secretary, United States | * Eastern District of Arkansas. |
| Department of the Army, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: November 27, 2009
Filed: December 29, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Karen Taylor appeals the district court's[1] adverse grant of summary judgment in her Title VII action alleging that she was not promoted because of unlawful discrimination. Upon de novo review, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002), we hold that summary judgment was properly granted. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.